Brad Eric Scheler (BS-8019)
Gary Kaplan (GK-4542)
Adrian Feldman (AF-2478)
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000 (Telephone)
(212) 859-4000 (Facsimile)

Counsel to the Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :   Chapter 11
                                              :
  CALPINE CORPORATION, et al.,                :   Case No. 05-60200 (BRL)
                                              :   (Jointly Administered)
                    Debtors.                  :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEAL**

The Official Committee of Equity Security Holders of Calpine Corporation, et al., pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a)(1), hereby appeals to the United States District Court for the Southern District of New York, the following Order of this Court:

> Memorandum Decision and Order Granting, in part, Debtors' Motion for an Order (I) Authorizing Debtors to Obtain Replacement Postpetition Financing to (A) Refinance Existing Postpetition Financing and (B) Repay Prepetition Debt; (II) Allowing Debtors' Limited Objection to Claims; and (III) Determining Value of Secured Claims, entered March 5, 2007 (Docket No. 3875) (the "Memorandum Decision and Order").

The names of the parties in interest to the Memorandum Decision and Order, and the names, address, and telephone numbers of their respective counsel, to the extent known, are as follows:

| **Party** | **Counsel** |
|---|---|
| Calpine Corporation, et al. (Debtors) | Richard M. Cieri<br>Marc Kieselstein<br>David R. Seligman<br>Edward O. Sassower<br>Jeffrey S. Powell<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 446-4800 |
| The Bank of Nova Scotia, as Administrative Agent | Richard G. Mason<br>Joshua A. Feltman<br>Emil A. Kleinhaus<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019-6150<br>(212) 403-1000 |
| Wilmington Trust FSB, as Indenture Trustee | Amanda D. Darwin<br>Victor G. Millione<br>Richard C. Pedone<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000<br><br>- and –<br><br>Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 |

- 3 -

| | |
|---|---|
| Wilmington Trust Company, as Collateral Agent<br>Wilmington Trust Company, as Administrative Agent | Amanda D. Darwin<br>Victor G. Millione<br>Richard C. Pedone<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000<br><br>- and –<br><br>Christopher M. Desiderio<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000 |
| HSBC Bank USA, National Association, as Indenture Trustee | Mark I. Bane<br>Mark R. Somerstein<br>David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9000 |
| The Bank of New York, as Administrative Agent | Mark I. Bane<br>Mark R. Somerstein<br>David S. Elkind<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9000 |
| Manufacturers & Traders Trust Company, as Indenture Trustee | Martin J. Bienenstock<br>George A. Davis<br>Penny P. Reid<br>Christopher Marcus<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>(212) 310-8000 |

| | |
|---|---|
| Credit Suisse, as proposed Replacement DIP Facility Administrative Agent | Peter V. Pantaleo<br>David J. Mack<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>(212) 455-2220 |
| Official Committee of Unsecured Creditors | Michael S. Stamer<br>Fred S. Hodara<br>Philip C. Dublin<br>Alexis Freeman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, New York 10022-2524<br>(212) 872-1000 |
| Official Committee of Equity Security Holders | Brad Eric Scheler<br>Gary L. Kaplan<br>Adrian Feldman<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>(212) 859-8812 |
| Unofficial Committee of Second Lien Debtholders of Calpine Corp. | Andrew N. Rosenberg<br>Elizabeth R. McColm<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000 |

- 5 -

Dated: March 15, 2007  
New York, New York

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

/s/ Gary Kaplan
Brad Eric Scheler (BS-8019)
Gary Kaplan (GK-4542)
Adrian Feldman (AF-2478)
One New York Plaza
New York, New York 10004
(212) 859-8000 (Telephone)
(212) 859-4000 (Facsimile)

*Counsel to the Official Committee of Equity Security Holders*